IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELEANOR CAWTHORNE | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff, | * **THE CIRCUIT COURT FOR** |
| | * **BALTIMORE COUNTY, MD** |
| vs. | * **CASE NO. 03-C-15-006770** |
| | * |
| WAL-MART STORES, INC. | * **CIVIL ACTION NO. _____** |
| | * |
| Defendant. | * |

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendant, Wal-Mart Stores, Inc., respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Baltimore County, Maryland, and as grounds therefor states as follows:

1. On or about July 20, 2015, Defendant Wal-Mart Stores, Inc. was served with a Summons and Complaint in an action commenced by the Plaintiff, Eleanor Cawthorne, in the Circuit Court for Baltimore County, Maryland as Docket No. 03-C-15-006770. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendant Wal-Mart Stores, Inc. and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3.  Pursuant to the Federal Rules of Civil Procedure, the Petitioner filed a written Answer to Plaintiff's Complaint on July 24, 2105. Copies of Defendant's Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4.  In her Complaint, Plaintiff Eleanor Cawthorne seeks judgment against this Defendant in the amount of Five Hundred Thousand Dollars ($500,000) in compensatory damages, plus interest and costs.

5.  At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6.  At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant Wal-Mart Stores, Inc.'s principal place of business is Bentonville, Arkansas , and is incorporated in the State of Delaware.

7.  As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8.  The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendant, Wal-Mart Stores, Inc., respectfully requests to remove this

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

*/s/ Christopher R. Dunn*
Christopher R. Dunn, #05278
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2015, a copy of the foregoing Petition for Removal was forwarded, postage prepaid, via First Class mail, to:

Jessie Lyons Crawford
Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
Counsel for Plaintiff

*/s/ Christopher R. Dunn*
Christopher R. Dunn, #05278
Counsel for Defendant

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L1\CRD\Cawthorne v. Wal-Mart\Pleadings\Petition for Removal.wpd