| | | |
|---|---|---|
| ELEANOR CAWTHORNE<br>P.O. Box 29148<br>Baltimore, Maryland 21205 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR BALTIMORE COUNTY |
| vs. | * | |
| WAL-MART STORES, INC.<br>6205 Baltimore National Pike<br>Catonsville, Maryland 21228 | * | Case No.: _____ |
| | * | |
| Defendant | * | |
| Serve on: Resident Agent,<br>351 West Camden St.<br>Baltimore, MD 21201 | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES, the Plaintiff, Eleanor Cawthorne, by and through her attorneys, JESSIE LYONS CRAWFORD, ESQUIRE AND THE LAW OFFICE OF JESSIE LYONS CRAWFORD, LLC, hereby file this lawsuit against the Defendant, Wal-Mart Stores, Inc., and state the following:

### JURISDICTION AND VENUE

1. The Plaintiff, Eleanor Cawthorne is a citizen of the State of Maryland who resides in Baltimore City.

2. The Defendant, Wal-Mart Stores, Inc., is a Corporation doing business in Baltimore County, Maryland.

3. Pursuant to Maryland Code, Courts and Judicial Proceedings, § 6-201(a), venue is proper in Baltimore County, Maryland, as it is where the Defendant carries on a

pg. 1

regular business.

## FACTS

4. On or about June 22, 2014, the Defendant owned and operated a Wal-Mart Store located at 6205 Baltimore National Pike in Catonsville, Baltimore County, Maryland.

5. On or about June 22, 2014, the Plaintiff was an invitee at the business of one of the chain stores of Wal-Mart Stores, Inc. located at 6205 Baltimore National Pike in Catonsville, Baltimore County, Maryland.

6. The Plaintiff was in the Garden Center section inside the Wal-Mart Store shopping for a beach chair to purchase.

7. The chairs were on display for customers to touch, sit and examine.

8. There were no warning signs were placed in the area of the chairs warning of any dangers that may cause injury to the Plaintiff.

9. The Plaintiff sat down in one of the chairs to test the feel and comfort of the chair to determine if it was suitable for her to purchase. There were no signs nor other indicators placed in the area informing store patrons that sitting on chairs was prohibited.

10. The Plaintiff sat in the chair and without warning the chair broke causing the Plaintiff to fall through the chair and onto the floor.

11. The chair broke and had broken sharp pieces of the chair exposed.

12. The Plaintiff's left arm was ripped open by the broken chair, causing her left arm to bleed profusely.

13. The Plaintiff reported the incident to the Zone Manager, Ms. Pat, who took a report

from the Plaintiff.

14. Solely as a result of the Defendant's negligence, the Plaintiff suffered personal injury and incurred damages, including:

   a. Medical expenses;

   b. Lost wages;

   c. An indefinite time in the future suffer great pain, inconvenience, embarrassment and mental anguish;

   d. An indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being and equanimity;

   e. Overall health, strength, and vitality being greatly impaired; and

   f. Permanent bodily injuries, including weakness, pain and scarring, deep bruising, and extreme blackening to the Plaintiff's left arm.

   g. Plaintiff's left arm has limited mobility, which has caused the Plaintiff to compensate with her right arm which has also caused great pain, suffering and hardship.

## COUNT ONE
## Negligence

15. The Plaintiff incorporate averments 1 to 14 as if restated herein.

16. The Defendant owed a duty of care to the Plaintiff as well as other business invitees to inspect and discover dangerous conditions and to not allow the existence of those dangerous conditions that constitute an unreasonable risk of harm to invitees to remain upon the premises.

17. The Defendant breached this duty of care by failing to discover the dangerous condition thereby allowing the dangerous condition to exist, i.e. the beach chair was weak and would break upon a patron sitting on it, and failing to place signs to give Plaintiff and others notice of the dangerous condition.

18. The Defendant was negligent with no want of due care on the part of the Plaintiff.

19. As a result of the Defendant's negligence, the Plaintiff endured pain and suffering including bodily injuries that are permanent and/or continuing and incurred medical expenses and lost income.

**WHEREFORE**, the Plaintiffs, demand a judgment for damages, together with costs and expenses, against the Defendant, Wal-Mart Stores, Inc. in the amount of Five Hundred Thousand Dollars ($500,000.00) and respectfully requests a trial by jury on all issues so triable.

Date: June 15th, 2015

Respectfully submitted,

JESSIE LYONS CRAWFORD, ESQUIRE
LAW OFFICE OF JESSIE LYONS CRAWFORD, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230 – Office
(410) 662-1238 – Facsimile
attorneyjlcrawford@verizon.net
*Attorney for the Plaintiff*